| AO-10 (WP)<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2004** | *Report Required by the Ethics<br>in Government Act of 1978.<br>(5 U.S.C. App. §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)*<br>Kendall, Virginia M. | 2. Court or Organization<br>United States District Court for the<br>Northern District of Illinois | 3. Date of Report<br>9-30-05 |
|---|---|---|
| 4. Title   *(Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)*<br><br>U.S. District Court - Nominee<br><br>7. Chambers or Office Address<br>219 S. Dearborn<br>Chicago, IL 60604 | 5. Report Type (check appropriate type)<br><br>   _x_ Nomination, Date 9-28-05<br><br>   _x_ Initial   ___ Annual   ___ Final<br><br>8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____<br>Date | 6. Reporting Period<br><br>1/01/04 to 8/31/05 |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1   Assistant United States Attorney | Northern District of Illinois |
| 2   Shareholder | Prarie Recreational Developments Inc. |
| 3   Part Time Faculty | Loyola University School of Law |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☐ NONE (No reportable non-investment income.) | | |
| 1   2005 | Loyola University School of Law -teaching salary | $ 800.00 |
| 2   2004 | Loyola University School of Law -teaching salary | $ 800.00 |
| 3   2003 | Loyola University School of Law -teaching salary | $ 800.00 |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this
section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1   2005 | Cristo Rey Network salary | |
| 2   2004 | Cristo Rey Network salary | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Virginia M. Kendall | 9-30-05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements.) | |
| 1 | Exempt |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts.) | | |
| 1 | Exempt | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities.) | | |
| 1 Citibank Visa | credit card | K |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Virginia M. Kendall | 9-30-05 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Prarie Recreational Developments Inc. | A | Int | M | W | exempt | | | | |
| 2 JPMorgan Chase Bank - accounts | A | Int | E | T | | | | | |
| 3 Columbia Midcap Value FndA | A | div | J | T | | | | | |
| 4 Bank One Trust 1 | C | div | N | T | | | | | |
| 5 Bank One Trust 2 | B | div | J | T | | | | | |
| 6 Guardian Life Insurance Co. | A | Int | J | T | | | | | |
| 7 MFS ValuePund | A | div | J | T | | | | | |
| 8 One Group Intermed. Bond | B | div | K | T | | | | | |
| 9 Oppenheimer US Govt. | B | div | K | T | | | | | |
| 10 Citbank Deposit | A | div | J | T | | | | | |
| 11 S&P Midcap 400 | A | div | L | T | | | | | |
| 12 UTS SPDR Ser 1 | A | div | K | T | | | | | |
| 13 Vanguard Tot. Stock Mkt. Viper | A | div | L | T | | | | | |
| 14 Eagle National Bank | A | int | K | T | | | | | |
| 15 Fidelity Magellan | D | div | M | T | | | | | |
| 16 Fidelity Puritan | B | div | L | T | | | | | |
| 17 Scutter International C Fund | C | div | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Virginia M. Kendall | 9-30-05 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____ Date ___9-30-05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4 104.)

## FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544